IN THE UNITED STATES DISTRICT COURT
District of Kansas

IN THE MATTER OF THE SEARCH OF:
636 Rowland Ave, Kansas City, Kansas,
(Top Story Apartment - 2nd Level)
which is a two-story Residence,
grey in color with a white window frames
and cedar colored deck with 636 displayed
on west side lower level next to 1st level entry.

CASE NUMBER: 24-mj-8235-TJJ

## AFFIDAVIT FOR SEARCH WARRANT

COMES NOW Deputy U.S. Marshal Jacob Dent of the United States Marshals Service being of lawful age and first duly sworn upon my oath, to depose and state as follows:

I am a Deputy United States Marshal (DUSM) with the United States Marshals Service (USMS). I am currently assigned to the Kansas City Division as a member of the USMS Kansas City Fugitive Apprehension Task Force. I have served as a DUSM for over 4 years, and I am a commissioned federal law enforcement officer. I have successfully completed the Criminal Investigator Training Program and Basic Deputy United States Marshal training program at the Federal Law Enforcement Training Center in Glynco, Georgia. As a DUSM, I am responsible for investigating and apprehending federal, state, and local fugitives. I have been involved in numerous criminal, fugitive, and apprehension investigations and operations. As a federal agent, I am authorized to execute warrants and make arrests for offenses against the United States of America. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The information provided is based on my personal knowledge and observations during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of

records, documents, and other physical evidence obtained during this investigation

## PROBABLE CAUSE

On May 22, 2024, Unite States District Judge Roseann Ketchmark for the Western District of Missouri issued an arrest warrant for Terrance ROBINSON for violations of supervised release related to case number 16-00166-01-CR-W-RK. The warrant is confirmed to be active and in NCIC.

On November 19, 2024 at 1240 hours, DUSM Caleb Smith and members of the Midwest Violent Fugitive Task Force were conducting surveillance on 1649 Cinnabar Dr. Raymore Missouri. Task Force members observed ROBINSON arrive to the residence in a Dark Blue Nissan Maxima bearing KS Temporary Tag D777542. ROBINSON was observed entering the residence and then exiting a short time later. ROBINSON got back into the Nissan and departed the location. Task Force members, with the assistance of a Kansas City Police Department helicopter, covertly followed ROBINSON. ROBINSON was followed to 636 Rowland Avenue, Kansas City, Kansas.

ROBINSON was observed by the helicopter unit walking up the stairs located on the north side of the structure and entering the 2nd story entry door to the residence. ROBINSON was then observed exiting the residence, walking to the Nissan, retrieving a basket of laundry and then going back inside the same entry door. Task Force members covertly surrounded the residence and maintained surveillance on the location. At approximately 1520 hours, task force members attempted to make contact with ROBINSON at the residence but received no response. USMS task force members have maintained surveillance on the location and ROBINSON has not exited the residence.

Based on the above information, I have cause to believe that Terrance ROBINSON is currently inside 636 Rowland Ave, Kansas City, Kansas (top story apartment 2nd level) and has a federal arrest warrant authorizing for his arrest.

## CONCLUSION and REQUEST

I respectfully requests that a Search and Seizure Warrant be issued authorizing the search of the premises located at 636 Rowland Ave, Kansas City, KS (top story apartment 2nd level) within the District of Kansas, as more fully described in Attachment A, and authorizing the seizure of the person Terrance ROBINSON, as more fully described in Attachment B.

Jacob DENT
Deputy United States Marshal
11/19/2024

Sworn to over the telephone after being submitted to me by reliable electronic means this 19th day of November 2024, in Kansas.

HONORABLE TERESA JAMES
United States Magistrate Judge

## ATTACHMENT A
## Description of Property to be Searched:

1. The property or premise is located at 636 Rowland Ave Kansas City, KS 66101, (Top Story Apartment - 2nd Level) within the District of Kansas.

2. The structure which was described in the affidavit as:

-The house is first structure located at the Northeast corner of N. Tremont St. and Rowland Ave. in Kansas City, Kansas, District of Kansas.

- The house is a two-story structure with the numbers "636" on the trim located on the Southwest corner of the structure next to the lower level entry level door.

door.







**ATTACHMENT B**
**Items to be seized:**

**The person of Terrance Robinson a black male with a date of birth January 6, 1984, who is a 5'10" weight 180 lbs. Subject was last seen with a black moustache and goatee.**